JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN D. P.,<br>      Plaintiff,<br>      v.<br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br>      Defendant. | No. 2:23-cv-04390-BFM<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: January 3, 2024

                                        BRIANNA FULLER MIRCHEFF
                                    UNITED STATES MAGISTRATE JUDGE